UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LARRY LATTIMORE,

                            Petitioner,

     -against-

WILLIAM MAZZUCA, SUPT.,

                            Respondent.
-----------------------------------------------------------------X

        JUDGMENT
        05-CV- 3922 (SJF)

        An Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on April 12, 2006, denying the petition for a writ of habeas corpus; and ordering that a Certificate of Appealability will not issue; it is

        ORDERED and ADJUDGED that petitioner take nothing of the respondent; that judgment is hereby entered denying the petition for a writ of habeas corpus; and that a Certificate of Appealability will not issue.

Dated: Brooklyn, New York
       May 02, 2006

                                                         ROBERT C. HEINEMANN
                                                         Clerk of Court